# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-05-00350-CR

**Jonathan Shawn Goosby, Appellant**

**v.**

**The State of Texas, Appellee**

### FROM THE DISTRICT COURT OF BELL COUNTY, 27TH JUDICIAL DISTRICT
### NO. 55829, HONORABLE JOE CARROLL, JUDGE PRESIDING

## M E M O R A N D U M   O P I N I O N

Jonathan Shawn Goosby seeks to appeal from a judgment of conviction for burglary of a habitation. The trial court has certified, and the record confirms, that this is a plea bargain case and Goosby has no right of appeal. *See* Tex. R. App. P. 25.2(a)(2). The appeal is dismissed. *See id*. rule 25.2(d).

_____

W. Kenneth Law, Chief Justice

Before Chief Justice Law, Justices Patterson and Puryear

Dismissed for Want of Jurisdiction

Filed:   June 23, 2005

Do Not Publish